UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. 06- 305 M |
| v. ) | |
| JESSICA RAMIREZ, ) | DETENTION ORDER |
| Defendant. ) | |

Offenses charged in the District of North Dakota:

> Money Laundering Conspiracy to Conceal and Disguise Nature, Location, Ownership, and Control of Proceeds of Specified Unlawful Activity, in violation of Title 18, United States Code, Section 1956(h).

Date of Detention Hearing: June 19, 2006.

The Court conducted both an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f) and a contested identity hearing. The Court found that the identity of the defendant had been established and signed an order of transfer to the originating district court of the District of North Dakota to answer the charges.

The detention hearing was uncontested, and the defendant may re-open the matter of detention in the District of North Dakota. Additionally, the Court finds that, based upon the factual findings and statement of reasons for detention hereafter set forth, no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

The Government was represented by Jim Lord. The defendant was represented by Brian Tsuchida.

DETENTION ORDER
PAGE -1-

The Government moved for detention, to which the defendant stipulated reserving the right to re-visit the matter of detention in the District of North Dakota.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) There is not enough information to alleviate the Court's concern of flight risk as the defendant's background and ties to this district and the District of North Dakota are unknown or unverified. Therefore, the Court finds the defendant to be a flight risk.

(2) The defendant stipulated to detention.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

//
//
//

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of June, 2006.

Monica J. Benton
U.S. Magistrate Judge

DETENTION ORDER
PAGE -3-